920

■ In the Matter of CHARLES L. KADES, Respondent, against PATRICIA KADES, Appellant.— Motion for stay dismissed, having become academic by virtue of the decision of this court in *Matter of Kades* v. *Kades* (10 A D 2d 919) decided simultaneously herewith. The stay contained in the order to show cause, dated April 29, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ LENORE V. BEAUMONT, Appellant, v. JEAN BEAUMONT, Respondent, and TWENTY-TWO ELEVEN, INC., Intervenor-Defendant-Respondent.— Order granting motion for intervention unanimously affirmed, without costs. While it is dubious that the intervenor has any interest in the property which would survive the *lis pendens*, nevertheless in view of its argument of collusion it should, in the exercise of discretion, be permitted to intervene. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between EXERCYCLE CORPORATION, Appellant, and JAMES MARATTA, Respondent.— Motion for stay granted, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 26, 1960, with notice of argument for June 7, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 1, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between LUGGAGE WORKERS UNION, LOCAL 60 ILOP & NWU and MAJOR MOULDERS, INC.— Motion for stay granted and the stay contained in the order to show cause, dated May 2, 1960, is continued pending the hearing and determination of the appeal on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 26, 1960, with notice of argument for June 7, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 1, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of SOUTHSIDE HOSPITAL against THOMAS THACHER, as Superintendent of Insurance.— Motion to add appeal to June 1960 Term Enumerated Calendar granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 20, 1960, with notice of argument for the June 1960 Term of this court. Respondent's points are to be served and filed on or before June 3, 1960. Reply points, if any, are to be served and filed on or before June 7, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ WINFIELD DRUG STORES, INC., v. BELLMORE SALES CORP.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 26, 1960, with notice of argument for June 7, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 1, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

## (May 16, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LYNNE ROWE against ROBERT ROWE et al.— Motion for stay granted and the stay contained in the order to show cause dated April 26, 1960 is continued, pending the hearing and determination of the appeal, on condition that the appellants procure the record on appeal from the order entered on April 26, 1960, and from the order entered on the rehearing held on May 5, 1960, and the appellants' points, to be served and filed on or before May 26, 1960, with notice of argument for